# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

No. 5:17-CT-03223-BO

| | |
|---|---|
| EDDIE SMITH, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WILLIS J. FOWLER, et al., | ) |
| Defendants. | ) |

This matter is before the court on Plaintiff's consent motion to stay discovery and other case deadlines pending the outcome of his upcoming parole review. [DE-19]. Plaintiff asserts the parole review will take place within 60–120 days and will have implications for the claims in this case. *Id.* For good cause shown, the motion is allowed and this matter is stayed pending the outcome of Plaintiff's upcoming parole review. Furthermore, within fourteen (14) days of Plaintiff's parole determination, but no later than August 14, 2018, the parties shall confer file a joint status report and updated proposed scheduling order.

SO ORDERED, this 16th day of April, 2018.

Robert B. Jones, Jr.
United States Magistrate Judge